**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-                                                                 **CASE NO. 6:09-CR-226-ORL-35KRS**

**SAMUEL E. PEREZ**

_____

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 28, filed January 19, 2010) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 28) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant **Samuel E. Perez** has entered a plea of guilty to Count One of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

**DONE AND ORDERED** in Orlando, Florida, this 26th day of January 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services